FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHRISTOPHER DAVID ALLEN,<br><br>   Defendant. | Case No. SA 14-345M<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western District of Texas, for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:
Minimal available bail resources; instant allegations and prior violations of supervised release suggest lack of amenability to supervision.

| | | |
|---|---|---|
| 1 | | and |
| 2 | B. | ( X ) The defendant has not met his burden of establishing by clear and convincing |
| 3 | | evidence that he is not likely to pose a danger to the safety of any other person or the |
| 4 | | community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: |
| 5 | | Lengthy criminal history; previous violations of supervised release; instant |
| 6 | | allegations suggest lack of amenability to supervision. |

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: Sept. 23, 2014

DOUGLAS F. McCORMICK
United States Magistrate Judge